THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2019 AUG -7 P 2: 24
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. )<br>*ex rel.* BROOKS WALLACE, )<br>ROBERT FARLEY and )<br>MANUEL FUENTES )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>EXACTECH, INC. )<br> )<br>Defendant. ) | CIVIL ACTION NUMBER<br>2:18-CV-01010-MHH<br><br>***FILED UNDER SEAL*** |

## UNITED STATES OF AMERICA'S AND PLAINTIFF STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States (the "Government") notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the Relators to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.*

Therefore, the United States requests that, should either the Relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States. The United States also requests

that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date.

The United States requests that only the Complaint, this Notice, and the Court's Order be unsealed and served upon the Defendants. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by the United States for an extension of the sixty-day investigative period or for any other reason, oppositions filed by the United States in response to the Relators' motions, reply briefs, memoranda, and supporting documents) should remain under seal and not be made public or served upon the Defendants.

The Complaint includes counts under False Claims Act equivalent statutes in the States of California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington and the District of Columbia (the "Plaintiff States"). While the United States does not represent the Plaintiff States in this matter, the Florida Assistant Attorney General acting on behalf of the Plaintiff States has requested that the United States notify the Court of the Plaintiff States' decision not to intervene in this action. The States of California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Minnesota, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington and the District of Columbia further request, pursuant to their respective statutes, that they be served with all filed pleadings and that

should the parties propose to dismiss this action, that the Court solicit the written consent of the Plaintiff States before ruling or granting its approval regarding dismissal. The Florida Assistant Attorney General, on behalf of Maryland, has further represented that the Maryland False Health Claims Act provides that "If the State does not elect to intervene and proceed with the action . . . before unsealing the complaint, the court shall dismiss the action." Md. Code Ann., Health Gen, § 2-604 (a)(7). Accordingly, the State of Maryland requests that all claims asserted on behalf of the State of Maryland be dismissed without prejudice.

Respectfully submitted this the 7th day of August 2019.

JOSEPH H. HUNT
ASSISTANT ATTORNEY GENERAL

MICHAEL D. GRANSTON
EDWARD C. CROOKE
MICHAEL A. HOFFMAN
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 353-1271

JAY E. TOWN
UNITED STATES ATTORNEY

DON B. LONG
Assistant United States Attorney
1801 4th Avenue North
Birmingham, AL 35203
Telephone: (205) 244-2106

Counsel for the United States

3

**CERTIFICATE OF SERVICE**

I, LANE H. WOODKE, Assistant United States Attorney, hereby certify that on August 7, 2019, I served the foregoing NOTICE OF ELECTION TO DECLINE INTERVENTION by mailing, postage prepaid, true copies of the same to counsel for the Relators and counsel for the States of California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, and Washington and the District of Columbia:

James F. Barger, Jr.
J. Elliott Walthall
J. Alan Baty
FROHSIN BARGER & WALTHALL
100 Main Street
St. Simons Island, GA

The Attorney General's Office
California Department of Justice
Attn: False Claims Unit
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Hon. Cynthia Coffman
Attorney General of the State of Colorado
ATTN: George A. Codding, Sr. Asst.
Attorney General
Ralph L. Carr – Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

Hon. George Jepsen
Attorney General of the State of Connecticut
55 Elm Street
Hartford, CT 06106-1774

Hon. Pam Bondi
Attorney General of the State of Florida
The Capitol, PL-01
Tallahassee, FL 32399-1050

Hon. Christopher M. Carr
Attorney General of the State of Georgia
c/o Dennis Dunn, Chief Deputy Attorney General
200 Piedmont Ave. SE
West Tower, 19th Floor
Atlanta, GA 30334

Hon. Douglas S. Chin
Attorney General of the State of Hawaii
425 Queen St.
Honolulu, HI 96813

Hon. Lisa Madigan
Attorney General of the State of Illinois
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601

Hon. Curtis T. Hill, Jr.
Attorney General of the State of Indiana
302 W. Washington St.
IGCS – 5th Floor
Indianapolis, IN 46204

Hon. Jeff Landry
Attorney General for the State of Louisiana
Attn: Nicholas J. Diez, Assistant Attorney General, MFCU
1885 N. 3rd Street
Baton Rouge, LA 70802

Hon. Lori Swanson
Attorney General of the State of Minnesota
State Capitol, Suite 102
St. Paul, MN 55155

Hon. Bill Schuette
Attorney General of the State of Michigan
G. Mennen Williams Building, 7th Floor
525 W. Ottawa Street
Lansing, MI 48909

Hon. Maura Healy
Attorney General of the Commonwealth of Massachusetts
One Ashburton Place
Boston, MA 02108-1698

Hon. Brian Frosh
Attorney General of the State of Maryland
200 St. Paul Place
Baltimore, MD 21202-2202

Hon. Joseph A. Foster
Attorney General of the State of New Hampshire
State House Annex
33 Capitol St.
Concord, NH 03301

Hon. Christopher S. Porrino
Attorney General of the State of New Jersey
Attn: DAG Lauren Aranguren, MFCU
Richard J. Hughes Justice Complex
New Jersey Division of Criminal Justice
5th Floor, West Wing, 25 Market Street
Trenton, NJ 08625

Brent Ernest, Secretary
New Mexico Human Service Department
P.O. Box 2348
Santa Fe, NM 87504

Hon. Barbara D. Underwood
Attorney General of the State of New York
Attn: Medicaid Fraud Control Unit
28 Liberty Street, 15th Floor
New York, NY 10005

Hon. Josh Stein
Attorney General of the State of North Carolina
N.C. Department of Justice
9001 Mail Service Center
Raleigh, NC 27699-9001

Hon. Mike Hunter
Attorney General of the State of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Hon. Peter F. Kilmartin
Attorney General of the State of Rhode Island
150 South Main St.
Providence, RI 02903

Hon. Hebert H. Slatery, III
Attorney General of the State of Tennessee
Cordell Hull Bldg.
425 Fifth Ave. North
Nashville, TN 37243

Hon. Ken Paxton
Attorney General of the State of Texas
Attn: Cynthia Lu, Asst. Attorney General
300 W. 15th Street
Austin, TX 78701

Hon. T.J. Donovan
Attorney General of the State of Vermont
109 State Street
Montpelier, VT 05609-1001

Hon. Mark R. Herring
Attorney General of the Commonwealth of Virginia
Attn: Kimberly M. Bolton, Asst. Attorney General
900 East Main Street
Richmond, VA 23219

Hon. Bob Ferguson
Attorney General of the State of Washington
Attn: Carrie Bashaw, Sr. Counsel, MFCU
P.O. Box 40100
Olympia, WA 98504

Hon. Karl A. Racine
Attorney General for the District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue NW
Suite 409
Washington, DC 20009

LANE H. WOODKE
Assistant United States Attorney