# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. *ex rel.* BROOKS WALLACE, ROBERT FARLEY, and MANUEL FUENTES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EXACTECH, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION NUMBER 2:18-CV-01010-LSC<br><br>Opposed |

## EXACTECH, INC.'S MOTION TO DISMISS RELATORS' AMENDED COMPLAINT

Defendant Exactech, Inc. ("Exactech") respectfully moves the Court, pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss with prejudice the Amended Complaint that Relators Brooks Wallace, Robert Farley, and Manuel Fuentes ("Relators") filed under the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729–33 (the "FCA"), the Anti-Kickback Statute, 42 U.S.C. § 1320a-7b (the "AKS"), and related state analogues ("state FCA statutes").

As demonstrated in the accompanying Memorandum of Law in Support of Exactech, Inc.'s Motion to Dismiss the Amended Complaint, Relators' Amended Complaint remains a shotgun pleading full of conclusory, vague, and immaterial facts unconnected to any cause of action. Furthermore, Relators fail to allege a

1

short and plain statement of their claims showing that they are entitled to relief, as required under Rule 8(a).  The allegations in the Amended Complaint, even if assumed to be true, do not state plausible claims upon which relief can be granted and must be dismissed pursuant to Rule 12(b)(6).  Relators also have failed to state with particularity their claims alleging false and fraudulent claims under the FCA, the AKS, and the state FCA statutes, and their Amended Complaint fails to satisfy the heightened pleading requirements of Rule 9(b).

For all of the foregoing reasons, and for those stated in Exactech's Memorandum of Law, Exactech moves the Court to dismiss the Amended Complaint with prejudice.

Respectfully submitted this 30th day of March, 2020.

        HOGAN LOVELLS US LLP

        */s/ Jessica Black Livingston*
        Thomas Beimers (pro hac vice)
        80 South Eighth Street, Suite 1225
        Minneapolis, MN 55402
        Telephone: (612) 402-3000
        FAX: (612) 402 3001
        E-mail: thomas.beimers@hoganlovells.com

        Jessica Black Livingston (pro hac vice)
        Cory Wroblewski (pro hac vice)
        1601 Wewatta Street, Suite 900
        Denver, Colorado 80202
        Telephone: (303) 899-7300
        FAX: (303) 899-7333
        E-mail: jessica.livingston@hoganlovells.com
        E-mail: cory.wroblewski@hoganlovells.com

*With permission:*

*/s/ Brandon K. Essig*
Brandon K. Essig
Lightfoot, Franklin & White LLC
The Clark Building
400 20th Street North
Birmingham, AL 35203
Telephone: (205) 581-0700
E-mail: bessig@lightfootlaw.com

*Attorneys for Defendant Exactech, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all attorneys of record.

*/s/   Jessica Black Livingston*
Jessica Black Livingston