# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* BROOKS WALLACE, ROBERT FARLEY and MANUEL FUENTES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> EXACTECH, INC., <br><br> Defendant. | 2:18-cv-01010-LSC |

## ORDER

For the reasons stated in the Memorandum of Opinion entered contemporaneously herewith, Defendant's Motion to Dismiss (doc. 57) is GRANTED IN PART AND DENIED IN PART. Relators' state law claims (Counts VII–XXIX) are DISMISSED WITHOUT PREJUDICE. All other claims remain pending.

**DONE** and **ORDERED** on August 5, 2020.

L. Scott Coogler
United States District Judge

199335