<mark>Case 2:18-cv-01010-LSC   Document 147   Filed 04/13/22   Page 1 of 4</mark>

FILED
 2022 Apr-13  PM 04:15
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, BROOKS WALLACE, ROBERT FARLEY and MANUEL FUENTES<br><br>Plaintiffs,<br><br>v.<br><br>EXACTECH, INC.<br><br>Defendant. | CIVIL ACTION NO: 2:18-CV-01010-LSC<br><br>UNOPPOSED |

### RELATORS' UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR RELATORS' RESPONSE TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND THE DEFENDANT'S REPLY BRIEF

COMES NOW, the Plaintiffs/Relators (hereinafter, Relators) and files this unopposed request to extend the Relators' Response in Opposition to the Defendant's Motion for Summary Judgment by seven (7) days – from April 25, 2022 to May 2, 2022. As grounds for said motion, the Relators state the following:

1. The parties have mutually agreed to conduct mediation in this case and said mediation is currently scheduled for April 19, 2022. The Relators' current deadline to respond to the Defendant's motion for summary judgment is April 25,

2022.  To adequately prepare for both the mediation and their responses to the Defendant's motion for summary judgment, the Relators are seeking to extend their deadline by seven days to May 2, 2022.

    2.     The Parties have conferred, and the Defendant does not oppose the Relators motion to extend the deadline for the Relators' Response in Opposition to the Defendant's Motion for Summary Judgment by seven (7) days provided that the Defendant is permitted to extend the deadline for filing its Reply brief by four (4) days.  The Relators, likewise, do not oppose the extension of time requested by the Defendant.  Consequently, the extensions requested would extend the Relators' deadline to file its responsive briefs, exhibits and evidentiary materials from April 25, 2022 to May 2, 2022, and would extend the Defendant's deadline to file its reply from May 13, 2022 to May 17, 2022.

    3.     The requested extensions above are in the best interest of the parties, justice and judicial economy and neither party will be prejudiced by the requested extension.

    WHEREFORE, for the foregoing reasons, the Relators respectfully move this Court to extend the deadlines for the Relators' summary judgment response and the Defendant's reply as set forth above in this motion.

    Respectfully submitted this 13th day of April, 2022.

        /s/ Larry A. Golston_____
Larry A. Golston (GOL029)
Leon Hampton, Jr. (HAM105)
Lauren E. Miles (Mil176)
Jessica M. Haynes
Attorneys for Plaintiff


OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
Post Office Box 4160
Montgomery, Alabama 36103-4160
Phone: (334) 269-2343
Fax:   (334) 954-7555


## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of April, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

Thomas Beimers
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3000
FAX: (612) 402 3001
E-mail: thomas.beimers@hoganlovells.com

Jessica Black Livingston
Cory Wroblewski
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
FAX: (303) 899-7333

E-mail: jessica.livingston@hoganlovells.com
E-mail: cory.wroblewski@hoganlovells.com

Harlan I. Prater, IV
Brandon K. Essig
Amie A. Vague
Lightfoot, Franklin & White, LLC
400 20th Street N.
Birmingham, Alabama 35203
Telephone: (205) 581-0700
FAX: (205) 581-0799
Email: hprater@lightfootlaw.com
Email: bessig@lightfootlaw.com
Email: avague@lightfootlaw.com

                                                         /s/ Larry A. Golston_____
                                                        Larry A. Golston (GOL029)

'
'