# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA, et al. ) <br> ex rel. ) <br> BROOKS WALLACE, ROBERT ) <br> FARLEY and MANUEL FUENTES ) <br>  ) <br> Plaintiffs, ) <br>  ) <br>  ) <br>  v.  ) <br>  ) <br> EXACTECH, Inc., ) <br>  ) <br> Defendant. ) <br>  ) <br>  ) | Civil Action No.: <br> 2:18-cv-1010-LSC <br><br> UNOPPOSED |

**PLAINTIFF/RELATORS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR RESPONSE TO DEFENDANT, EXACTECH, INC.'S MOTIONS IN LIMINE (DOCS. 200, 201, AND 202)**

COME NOW Plaintiffs/Relators Brooks Wallace, Robert Farley, and Manuel Fuentes (hereinafter "Relators" or "Plaintiffs") to respectfully request that the Court extend this Court's deadline for Relators to respond to Defendant's Motions in Limine related to the Relators' experts.

1. On October 25th, 2022, Defendant Exactech, Inc. filed three Motions in Limine: (Doc. 200) Exactech, Inc.'s Motion to Exclude the Testimony of Mari Truman; (Doc. 201) Exactech, Inc.'s Motion to Exclude the Testimony of David

1

Martinez; and, (Doc. 202) Exactech, Inc.'s Motion To Exclude the Testimony of Manuel Fuentes.

2. On October 27, 2022, this Court provided ten (10) days for Relators to respond to these Motions.

3. At the time that this Court ordered 10 days for response to these Motions, trial was set for November 28, 2022.

4. On November 3 and 4, 2022, Realtors and Defendant engaged in a settlement conference related to this case.

5. On November 3, 2022, at the beginning of the settlement conference, this Court orally notified the parties that the November 28, 2022 trial date was postponed.

6. Consequently, due to the ten-day period being spent by Relators preparing for the settlement conference, conducting the settlement conference, and the date of Trial being moved, Relators respectfully request a two-week extension to provide Responses to these Motions, making the Responses due on November 21, 2022.

7. Relators' counsel has conferred with Defense counsel and Defense counsel does not oppose this motion.

8. Considering the reasons above, there is no prejudice to the Defendant to provide an extension to the Relators.

For the foregoing reasons, Relators respectfully request a two-week extension, which would make these responses due on November 21, 2022.

Respectfully Submitted, this 7th day of November 2022.

>*/s/ Larry Golston*
>Larry A. Golston, Jr.
>BEASLEY, ALLEN, CROW,
>PORTIS & MILES, P.C.
>272 Commerce Street
>Montgomery, Alabama 36103
>Telephone: (334) 269-2343
>larry.golston@beasleyallen.com
>
>
>FROHSIN BARGER WALTHALL
>James F. Barger, Jr. (BAR148)
>jim@frohsinbarger.com
>J. Elliott Walthall (WAL205)
>elliott@frohsinbarger.com
>Pamela Bucy Pierson
>pam@frohsinbarger.com
>
>
>BARRASSO USDIN FREEMAN KUPPERMAN & SARVER, LLC
>Benjamin P. Bucy (*pro hac vice*)
>bbucy@barrassousdin.com
>FROHSIN BARGER & WALTHALL
>100 Main Street
>St. Simons Island, GA
>Tel: 205.933.4006

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of November, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

Thomas Beimers
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Telephone: (612) 402-3000
FAX: (612) 402 3001
E-mail: thomas.beimers@hoganlovells.com

Jessica Black Livingston
Cory Wroblewski
1601 Wewatta Street, Suite 900
Denver, Colorado 80202
Telephone: (303) 899-7300
FAX: (303) 899-7333
E-mail: jessica.livingston@hoganlovells.com
E-mail: cory.wroblewski@hoganlovells.com

Harlan I. Prater, IV
Brandon K. Essig
Amie A. Vague
Lightfoot, Franklin & White, LLC
400 20th Street N.
Birmingham, Alabama 35203
Telephone: (205) 581-0700
FAX: (205) 581-0799
Email: hprater@lightfootlaw.com
Email: bessig@lightfootlaw.com
Email: avague@lightfootlaw.com

                                                        /s/ Larry A. Golston
                                                        Larry A. Golston (GOL029)