# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *et al.* ) ) ) | |
| **Plaintiffs,** ) ) | |
| **vs.** ) ) | **7:18-cv-01010-LSC** |
| **EXACTECH, INC.,** ) ) | |
| **Defendant.** ) ) | |

## ORDER

Defendant Exactech, Inc. filed a Suggestion of Pendency of Bankruptcy in this action on October 20, 2024. (Doc. 275.) This case is **STAYED** by operation of 11 U.S.C. § 362(a).

**DONE** and **ORDERED** on November 20, 2024.

_____
L. Scott Coogler
United States District Judge

220685