## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch                                                                                          Sheri Jones

Clerk                                                                                                        Chief Deputy

| | | |
|---|---|---|
| United States of America, et al., | } | |
| Plaintiffs | } | |
| v. | } | Case Number:   7:18-cv-1010-LSC |
| | } | |
| Exactech, Inc., | } | |
| Defendant | } | |

### NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Anna M. Manasco.

Please use case number 7:18-cv-1010-AMM on all subsequent pleadings.

DATED: January 15, 2025

                                        GREER M. LYNCH, CLERK


                                        By:_____M. Shewmake_____
                                                Deputy Clerk


GML: MEB2

xc:     Judges
        Counsel