## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. *ex rel.* BROOKS WALLACE, ROBERT FARLEY, and MANUEL FUENTES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EXACTECH, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NUMBER<br>7:18-CV-01010-AMM |

## JOINT STIPULATION OF DISMISSAL

**COMES NOW** the Parties, by and through their respective attorneys, in response to the Court's May 8, 2026, Text Order directing the Parties to file a joint status report. In response to said Order, the Parties provide the following notice and joint stipulation:

1. In September 2025, the bankruptcy court approved the sale of substantially all of Exactech's assets pursuant to section 363 of Chapter 11 of the Bankruptcy Code.  On October 31, 2025, Exactech closed on the sale and its bankruptcy plan went effective.  Exactech's estate remains in bankruptcy under the control of a wind-down officer responsible for adjudicating bankruptcy claims and liquidating the remaining Exactech assets.  Because this case was settled during the pendency of the

bankruptcy with the approval of the bankruptcy court, it is due to be dismissed in accordance with the terms of the settlement agreement between the parties.

2.  Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the Relators and the Defendant hereby give notice that the claims of the Relators are dismissed against Defendant Exactech, Inc., with prejudice to the Relators and without prejudice to the Government, each party to bear its own costs. Counsel for the Relators has conferred with Assistant U.S. Attorney (AUSA) Don Long and the Government intends to file its response to this stipulation of dismissal, pursuant to 28 U.S.C.§3730(b)(1), within 14 days of this filing.

Respectfully submitted, this 28th day of May, 2026.

| | |
|---|---|
| */s/Larry Golston* | */s/ Brandon K. Essig* |
| Larry A. Golston, Jr. | Brandon K. Essig |
| BEASLEY, ALLEN, CROW, | LIGHTFOOT, FRANKLIN, & WHITE, LLC |
| PORTIS & MILES, P.C. | 400 20th Street N. |
| 272 Commerce Street | Birmingham, Alabama 35203 |
| Montgomery, Alabama 36103 | Telephone: (205) 581-0700 |
| Telephone: (334) 269-2343 | Email: bessig@lightfootlaw.com |
| larry.golston@beasleyallen.com | *Attorneys for Defendant* |
| *Attorney for Relators* | |