FILED

2026 Jun-01  PM 12:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. ) | |
| *ex rel.* BROOKS WALLACE, ) | |
| ROBERT FARLEY and ) | |
| MANUEL FUENTES ) | |
| ) | **CIVIL ACTION NUMBER** |
| Plaintiffs, ) | **2:18-CV-01010-AMM** |
| ) | |
| v. ) | |
| ) | |
| EXACTECH, INC. ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On May 28, 2026, Relators Brooks Wallace, Robert Falrey, and Manuel Fuentes ("Relators") and Defendant Exactech, Inc. filed a Joint Stipulation of Dismissal, Doc. 288. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to dismissal with prejudice as to Relators and with prejudice to the United States as to the Alabama Action Covered Conduct, as defined by the May 22, 2025 Settlement Agreement, and without prejudice as to all other claims based on its determination that such a dismissal is commensurate with the public interest.

1

Respectfully Submitted,

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL

PHILLIP W. WILLIAMS JR.
UNITED STATES ATTORNEY

/s/ Don B. Long III
Don B. Long III
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001

Jamie Ann Yavelberg
Edward C. Crooke
Michael A. Hoffman
Attorneys, Civil Division
U.S. Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 353-1271