FILED

2026 Jul-06  PM 01:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, et al. *ex rel*. BROOKS WALLACE, ROBERT FARLEY, and MANUEL FUENTES,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No: 7:18-cv-01010-AMM** |
| **v.** | ) ) ) | |
| **EXACTECH, INC.** | ) ) | |
| **Defendant.** | ) ) | |

## ORDER

This matter is before the Court on the Amended Motion for Interpleader of Attorney's Fees (the "Amended Motion for Interpleader") filed by Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C. (Doc. 279).  On December 8, 2025, the Court granted the Amended Motion for Interpleader and directed the Clerk to accept and hold the funds in accordance with applicable procedures. (Doc. 280).  Further, the Court directed "Claimants Froshin Barger and any attorney with an affiliated interest therewith, including but not limited to Jim Barger and Ben Bucy, and the objecting parties (Brooks Wallace, Robert Farley, Manuel Fuentes, and Dale Wallace)" to "litigate their respective entitlement to the funds." *Id.*

Claimants thereafter notified the Court that they wished to attempt to resolve any claims relating to the disputed attorneys' fees and that they would begin

settlement discussions.  On June 8, 2026, counsel for the Claimants jointly notified the Court they have resolved their dispute and that they would notify the Court regarding the disbursement of the funds that were paid into Court pursuant to the Order granting the Amended Motion for Interpleader.

By agreement of the Claimants, all funds held in accordance with the Order granting the Amended Motion for Interpleader, including any accrued interest, are to be paid to the trust account of Starnes Davis Florie LLP, counsel for Claimant Frohsin Barger & Walthall. The Clerk is directed to make a check in the amount of $199,404.00 plus all accrued interest payable to Starnes Davis Florie Trust, 100 Brookwood Place, 7th Floor, Birmingham, AL 35209.

**DONE** and **ORDERED** this 6th day of July, 2026.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE