FILED

2026 Jul-10  PM 03:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

UNITED STATES OF AMERICA, *et al. ex rel.* BROOKS WALLACE, ROBERT FARLEY, and MANUEL FUENTES,

      Plaintiffs,

      v.

EXACTECH, INC.,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No. 7:18-cv-01010-AMM**

## ORDER

This case comes before the court on a joint stipulation of dismissal filed by the Relators and defendant Exactech, Inc. Doc. 288. Shortly after that joint stipulation, pursuant to 31 U.S.C. § 3730(b)(1), the United States notified the court that it "consents to dismissal with prejudice as to Relators and with prejudice to the United States as to the Alabama Action Covered Conduct, as defined by the May 22, 2025 Settlement Agreement, and without prejudice as to all other claims" because "such a dismissal is commensurate with the public interest." Doc. 289 at 1. All parties have consented to the dismissal, and the court finds the terms to be proper and agrees that dismissal is commensurate with the public interest. Accordingly, this action is **DISMISSED WITH PREJUDICE** as to the Relators; **WITH PREJUDICE** as to the United States as to the Alabama Action Covered Conduct, as defined by the May 22, 2025, Settlement Agreement; and **WITHOUT**

1

**PREJUDICE** as to all other claims. The Clerk of Court is **DIRECTED** to close this case.

DONE and **ORDERED** this 10th day of July, 2026.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE